UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIM MCLANAHAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>U.S. GOVERNMNET,<br><br>        Defendant. | 11-CV-389-EFS<br><br>**ORDER DISMISSING FOR FAILURE TO STATE A PLAUSIBLE CLAIM FOR RELIEF** |

This action against the United States Government alleges that the United States stole the key to Mr. McLanahan's gas tank. The Court has screened this complaint pursuant to 28 U.S.C. § 1915A, and finds that nothing recited therein rises to the standard of stating a plausible claim for relief as required by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009). Furthermore, the Court finds that amendment would be futile and that the complaint is frivolous.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i).

///
//
/

ORDER ~ 1

2. **Judgment** shall be entered in Defendants' favor without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to provide a copy of this Order to Mr. McLanahan at his last known address.

**DATED** this ___19th___ day of December 2011.

s/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2011\389.screen.dismiss.lc2.wpd

ORDER ~ 2