AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Tim McLanahan,

    Plaintiff

v.

U.S. Government,

    Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-389-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed and judgment is hereby entered in favor of Defendant without prejudice.

December 19, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb